UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD JONES,<br><br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civil Action No. 16-2405 (DLF) |

## JOINT STATUS REPORT

As directed by the Court's June 28, 2019 Minute Order, the Parties submit this Joint Status Report to propose a schedule for further proceedings. The Parties propose that the District of Columbia (the District) file an amended answer (if any) to plaintiff's Amended Complaint by July 17, 2019, and that the Court set the Initial Scheduling Conference on a date between August 2-8, 12-13, or on August 15, 2019.

In accordance with LCvR 16.3(a) and Fed. R. Civ. P. 26(f)(1), counsel intend to confer at least 21 days prior to the date of the Initial Scheduling Conference to discuss each Party's position on the scope of discovery, as well as the matters outlined in LCvR 16.3(c). The Parties propose that no fewer than 7 days prior to the date of the Initial Scheduling Conference, they submit a joint report that:  (1) outlines a discovery plan as described in Fed. R. Civ. P. 26(f)(3); (2) addresses all topics listed in LCvR 16.3(c), except for the pretrial conference date, LCvR 16.3(c)(14), and the issue of when the Court should set a firm trial date, LCvR 16.3(c)(15); and (3) sets forth a proposed scheduling order. *See* LCvR 16.3(d).

Plaintiff notes that he may still file a motion for reconsideration of the Court's August 31, 2018 decision denying his request to extend the deadline for class action treatment of the Complaint [28]. Plaintiff will file his motion for reconsideration (if at all) before the scheduling conference. The District maintains that such a motion would be without merit.

Dated:  July 3, 2019.

/s/ William Claiborne
WILLIAM CLAIBORNE (446579)
717 D Street, N.W.
Washington, D.C. 20004
(212) 824-0700
claibornelaw@gmail.com

*Counsel for Plaintiff*

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS (974858)
Chief, Equity Section

/s/ Michael A. Tilghman II
MICHAEL A. TILGHMAN II (988441)
SCOTT P. KENNEDY*
Assistant Attorneys General
441 Fourth Street, NW, Suite 630
South Washington, D.C. 20001
(202) 727-6247
(202) 741-8776 (fax)
michael.tilghman@dc.gov

*Counsel for Defendant*

---

\* Admitted to practice only in the State of Washington. Practicing in the District of Columbia under the direct supervision of Fernando Amarillas, a member of the D.C. Bar. *See* LCvR 83.2(f).