## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD JONES,<br><br>               Plaintiff,<br><br>      v.<br><br>DISTRICT OF COLUMBIA,<br><br>               Defendant. | Civil Action No. 16-2405 (DLF) |

## DEFENDANT'S AMENDED ANSWER AND DEFENSES
## TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant the District of Columbia (the District) answers plaintiff's First Amended Complaint (Complaint) as follows:

## DEFENSES

Defendant asserts and preserves the following defenses based on information currently available. Defendant reserves the right to withdraw these defenses or assert additional defenses as further information becomes available.

## FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

Defendant, at all relevant times, acted consistently with applicable laws, rules, regulations, and constitutional provisions.

## THIRD DEFENSE

Defendant denies all allegations of wrongdoing including, but not limited to,

any alleged violations of statutory and common law, and further denies that plaintiff is entitled to any relief.

### FOURTH DEFENSE

Plaintiff's claims fail to meet the requirements for class certification under Fed. R. Civ. P. 23.

### FIFTH DEFENSE

The Complaint fails to allege sufficient facts to establish municipal liability under 42 U.S.C. § 1983.

### SIXTH DEFENSE

The District, its agents, servants, and employees, acting within the course and scope of their employment, have performed their obligations, if any, toward the plaintiff in accordance with all applicable regulatory, statutory, constitutional, and common law requirements.

### SEVENTH DEFENSE

The District, its agents, servants, and employees, acting within the course and scope of their employment, have acted in good faith and with the reasonable belief that their actions were lawful under the circumstances.

### EIGHTH DEFENSE

If plaintiff was injured or damaged as alleged in the Complaint, such injuries or damages resulted from the conduct of a person or entity other than the District, or factors outside of the District's control.

## NINTH DEFENSE

Some of plaintiff's claims are barred by the Court's August 22, 2018 Order [25], August 31, 2018 Order [28], or June 13, 2019 Order [39].

## AMENDED ANSWER TO PLAINTIFF'S
## FIRST AMENDED COMPLAINT

Defendant asserts that any allegation not specifically admitted in this Amended Answer is denied and responds to the individually-numbered paragraphs of the Complaint as follows:

### Introduction[1]

1.      This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

2.      This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

3.      This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

4.      This paragraph characterizes the nature of plaintiff's action and requires no response. To the extent a response is required, the allegations are denied.

---

[1]      Headings are provided to correspond to the Complaint to assist the Court in reviewing the Amended Answer. However, defendant denies all statements in the headings.

5.      This paragraph characterizes the nature of plaintiff's action and requires no response. To the extent a response is required, the allegations are denied.

6.      This paragraph characterizes the nature of plaintiff's action and requires no response. To the extent a response is required, the allegations are denied.

7.      This paragraph characterizes the nature of plaintiff's action and requires no response. To the extent a response is required, the allegations are denied.

## Jurisdiction and Venue

8.      This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

9.      This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

10.     Defendant lacks sufficient information to admit or deny whether "[e]ach of the claims for relief arose in this judicial district." However, to the extent a response is required, the District admits that venue in the District of Columbia is proper.

## Parties

11.     Defendant denies the allegations in this paragraph.

12.     Defendant admits that the District is a municipal corporation that may be sued under applicable law.

## Factual Allegations

13.     Defendant denies the allegations in this paragraph.

14.     Defendant denies the allegations in this paragraph.

15.     Defendant denies the allegations in this paragraph.

16.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

17.     Defendant denies the allegations in this paragraph.

18.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

19.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

## District of Columbia Department of Corrections

20.     Defendant admits the allegations in this paragraph.

21.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

## The Inmate Management System

22.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

23.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent that a response is required, the allegations are denied.

24.     This paragraph contains legal conclusions and, accordingly, does not require a response. To the extent that a response is required, the allegations are denied.

25.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent that a response is required, the allegations are denied.

## The Overdetention Problem

26.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

27.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

28.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

29.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

30.     Defendant denies the allegations in this paragraph.

31.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

32.     Defendant denies the allegations in this paragraph.

## The Court Return Strip Search Problem

33.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

34.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

35.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

36.     Defendant denies the allegations in this paragraph.

37.     Defendant denies the allegations in this paragraph.

38.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent that a response is required, the allegations are denied.

**Split system connected by a "sneaker network"**

39.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

40.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

41.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

42.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

43.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

44.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

45.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

46.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

47.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

48.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

49.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

50.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

51.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

52.     Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

53.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

54.     Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

### DOC runs a paper system for tracking cases

55.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

56.     Defendant denies the allegations in this paragraph.

57.     Defendant denies the allegations in this paragraph.

58.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

59.     Defendant denies the allegations in this paragraph.

### The District's system for handling Court returns

60.     Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

61.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, defendant lacks sufficient information to admit or deny the allegations in this paragraph.

62.     This paragraph states a legal conclusion, which requires no response. To the extent a response is required, defendant lacks sufficient information to admit or deny the allegations in this paragraph.

63.     This paragraph states a legal conclusion, which requires no response. To the extent a response is required, defendant lacks sufficient information to admit or deny the allegations in this paragraph.

64.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, defendant lacks sufficient information to admit or deny the allegations in this paragraph.

65.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, defendant lacks sufficient information to admit or deny the allegations in this paragraph.

66.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, defendant lacks sufficient information to admit or deny the allegations in this paragraph.

67.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

68.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

69.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

70.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

71.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

72.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

73.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

74.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

75.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

76.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

77.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

78.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

79.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

80.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

81.     Defendant denies the allegations in this paragraph.

## Snith v. District of Columbia [sic] and the District's system for handling court returns

82.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

83.     This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, defendant lacks sufficient information to admit or deny the allegations in this paragraph.

84.     This paragraph contains factual characterizations and, accordingly, does not require a response. To the extent the characterization is different than the finding in *Smith v. District of Columbia*, 306 F. Supp. 3d 223 (D.D.C. 2018), defendant denies the allegation.

85.     Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

86.     This paragraph contains factual characterizations and, accordingly, does not require a response. To the extent the characterization is different than the finding in *Smith v. District of Columbia*, 306 F. Supp. 3d 223 (D.D.C. 2018), defendant denies the allegation.

87.     Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

88.     Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

89.    Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

90.    Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

91.    Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

92.    Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

93.    Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

94.    This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent the characterizations and conclusions are different than the finding in *Smith v. District of Columbia*, 306 F. Supp. 3d 223 (D.D.C. 2018), defendant denies the allegation.

95.    Defendant denies the allegations in this paragraph.

96.    Defendant denies the allegations in this paragraph.

97.    Defendant denies the allegations in this paragraph.

98.    Defendant denies the allegations in this paragraph.

99.    Defendant denies the allegations in this paragraph.

100.    Defendant denies the allegations in this paragraph.

101.    Defendant denies the allegations in this paragraph.

102.    Defendant denies the allegations in this paragraph.

103.    Defendant denies the allegations in this paragraph.

104.    Defendant denies the allegations in this paragraph.

Deliberate indifference to over-detentions

105.    This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

106.    Defendant admits that the D.C. Jail is located at 1901 E Street, S.E., Washington, D.C. 20003 and that the Superior Court is located at 555 Indiana Avenue, N.W., Washington, D.C. 20001. The remaining allegations are denied.

107.    Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

108.    Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

109.    Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

110.    This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

111.    This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, defendant lacks sufficient information to admit or deny the allegations in this paragraph.

112.    This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent that a response is required, defendant lacks sufficient information to admit or deny the allegations in this paragraph.

113.    Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

114.    Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

115.    Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

## Over-detention numbers for the DOC

116.    Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

117.    Defendant denies the allegations in this paragraph.

118.    Defendant denies the allegations in this paragraph.

119.    Defendant denies the allegations in this paragraph.

120.    Defendant denies the allegations in this paragraph.

121.    Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

122.    Defendant denies the allegations in this paragraph.

123.    Defendant denies the allegations in this paragraph.

124.    Defendant denies the allegations in this paragraph.

125.   Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

126.   Defendant denies the allegations in this paragraph.

**Plaintiff Richard Jones' [sic] Overdetention by the DC Jail**

127.   Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

128.   Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

129.   Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

130.   Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

131.   Defendant denies the allegations in this paragraph.

132.   This paragraph contains factual characterizations and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

133.   This paragraph characterizes the nature of plaintiff's action and requires no response. To the extent a response is required, the allegations are denied.

134.   Defendant denies the allegations in this paragraph.

**Plaintiff Richard Jones's Strip Search**

135.   Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

136.    Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

137.    Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

138.    Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

139.    Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

140.    Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

141.    Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

142.    Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

143.    Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

144.    This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, defendant lacks sufficient information to admit or deny the allegations in this paragraph.

145.    Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

146.    This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, defendant lacks sufficient information to admit or deny the allegations in this paragraph.

## Substantive Allegations

## Claim 1

## Pattern and Practice § 1983 Liability of District of Columbia for Overdetentions

147.    This paragraph adopts by reference the contents of other paragraphs and requires no specific response from defendant. Defendant restates the responses to the preceding paragraphs as if fully incorporated here.

148.    Defendant denies the allegations in this paragraph.

149.    This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

150.    Defendant denies the allegations in this paragraph.

151.    Defendant denies the allegations in this paragraph.

152.    Defendant denies the allegations in this paragraph.

153.    Defendant denies the allegations in this paragraph.

## Claim 2

### Liberty Interest § 1983 Liability of District of Columbia for Overdetentions

154.   This paragraph adopts by reference the contents of other paragraphs and requires no specific response from defendant. Defendant restates the responses to the preceding paragraphs as if fully incorporated here.

155.   This paragraph characterizes the nature of plaintiff's action, and contains factual characterizations and legal conclusions and, accordingly, requires no response. To the extent a response is required, the allegations are denied.

156.   Defendant denies the allegations in this paragraph.

157.   Defendant denies the allegations in this paragraph.

158.   Defendant denies the allegations in this paragraph.

## Claim 3

### § 1983 <u>Monell</u> Liability of District for Illegal Strip Searches

159.   This paragraph adopts by reference the contents of other paragraphs and requires no specific response from defendant. Defendant restates the responses to the preceding paragraphs as if fully incorporated here.

160.   Defendant denies the allegations in this paragraph.

161.   Defendant denies the allegations in this paragraph.

162.   Defendant denies the allegations in this paragraph.

163.   Defendant denies the allegations in this paragraph.

164.   Defendant denies the allegations in this paragraph.

## Claim 4

## Common Law Liability of District of Columbia for False Arrest

165.   This paragraph adopts by reference the contents of other paragraphs and requires no specific response from defendant. Defendant restates the responses to the preceding paragraphs as if fully incorporated here.

166.   Defendant denies the allegations in this paragraph.

167.   Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

168.   Defendant denies the allegations in this paragraph.

169.   Defendant denies the allegations in this paragraph.

170.   Defendant denies the allegations in this paragraph.

## Claim 5

## Common Law of District for Illegal Strip Searches

171.   This paragraph adopts by reference the contents of other paragraphs and requires no specific response from defendant. Defendant restates the responses to the preceding paragraphs as if fully incorporated here.

172.   This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied.

173.   Defendant denies the allegations in this paragraph.

174.   Defendant lacks sufficient information to admit or deny the allegations in this paragraph.

175.    Defendant denies the allegations in this paragraph.

176.    Defendant denies the allegations in this paragraph.

177.    Defendant denies the allegations in this paragraph.

### Class Action Allegations

178.    This paragraph characterizes the nature of plaintiff's action and states legal conclusions to which no response is required. This paragraph also is in support of a class claim and the Court has denied plaintiff's request to extend the deadline for filing a motion for class action treatment *nunc pro tunc*. August 31, 2018 Order [28]. To the extent a response is required, the allegations are denied.

179.    This paragraph characterizes the nature of plaintiff's action and states legal conclusions to which no response is required. This paragraph also is in support of a class claim and the Court has denied plaintiff's request to extend the deadline for filing a motion for class action treatment *nunc pro tunc*. August 31, 2018 Order [28]. To the extent a response is required, the allegations are denied.

180.    This paragraph states a legal conclusion, which requires no response. To the extent a response is required, the allegations are denied. *See* August 31, 2018 Order [28].

181.    This paragraph states a legal conclusion, which requires no response. To the extent a response is required, the allegations are denied. *See* August 31, 2018 Order [28].

182.    This paragraph states a legal conclusion, which requires no response. To the extent a response is required, the allegations are denied. *See* August 31, 2018 Order [28].

183.    This paragraph contains factual characterizations and legal conclusions and, accordingly, does not require a response. To the extent a response is required, the allegations are denied. *See* August 31, 2018 Order [28].

184.    This paragraph states a legal conclusion, which requires no response. To the extent a response is required, the allegations are denied. *See* August 31, 2018 Order [28].

185.    This paragraph states a legal conclusion, which requires no response. To the extent a response is required, the allegations are denied. *See* August 31, 2018 Order [28].

186.    This paragraph states a legal conclusion, which requires no response. To the extent a response is required, the allegations are denied. *See* August 31, 2018 Order [28].

187.    This paragraph states a legal conclusion, which requires no response. To the extent a response is required, the allegations are denied. *See* August 31, 2018 Order [28].

188.    This paragraph states a legal conclusion, which requires no response. *See* August 31, 2018 Order [28]. To the extent a response is required, the allegations are denied.

189.   This paragraph states a legal conclusion, which requires no response. To the extent a response is required, the allegations are denied. *See* August 31, 2018 Order [28].

190.   This paragraph states a legal conclusion, which requires no response. To the extent a response is required, the allegations are denied. *See* August 31, 2018 Order [28].

## Prayer For Relief

Defendant denies that plaintiff is entitled to the relief sought in the Complaint. Defendant requests judgment dismissing the Complaint with prejudice and awarding the District the costs of this action, and such additional relief as the Court may deem appropriate.

## JURY DEMAND

Defendant demands a jury trial on all claims triable by jury in this case.

Dated:  July 17, 2019.                     Respectfully submitted,

KARL A. RACINE
Attorney General for the District of
Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS (974858)
Chief, Equity Section

/s/ Michael A. Tilghman II
MICHAEL A. TILGHMAN II (988441)

SCOTT P. KENNEDY*
Assistant Attorneys General
441 Fourth Street, N.W., Suite 630S
Washington, D.C. 20001
(202) 727-6247
(202) 741-8776 (fax)
michael.tilghman@dc.gov

*Counsel for Defendant District of Columbia*

---

\* Admitted to practice only in the State of Washington. Practicing in the District of Columbia under the direct supervision of Fernando Amarillas, a member of the D.C. Bar. *See* LCvR 83.2(f).