## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD JONES,<br><br>       Plaintiff,<br><br>  v.<br><br>DISTRICT OF COLUMBIA,<br><br>      Defendant. | Civil Action No. 16-2405 (DLF) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties stipulate and agree that plaintiff's claims in the above-captioned action against defendant the District of Columbia have been resolved and are dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: October 16, 2019.

STIPULATED BY:

KARL A. RACINE
Attorney General for the District of Columbia

/s/ William Claiborne
WILLIAM CLAIBORNE (446579)
CLAIBORNELAW
717 D Street, N.W., Suite 300
Washington, D.C. 20004
(202) 824-0700
claibornelaw@gmail.com

*Counsel for Plaintiff*

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS (974858)
Chief, Equity Section

/s/ Michael A. Tilghman II
MICHAEL A. TILGHMAN II (988441)

SCOTT P. KENNEDY[*]
BRENDAN HEATH [1619960]
Assistant Attorneys General
441 4th Street, N.W., Suite 600 South
Washington, D.C. 20001
(202) 727-6247
(202) 741-8776 (fax)
michael.tilghman@dc.gov

*Counsel for Defendant*

---

[*] Admitted to practice only in the State of Washington. Practicing in the District of Columbia under the direct supervision of Fernando Amarillas, a member of the D.C. Bar. *See* LCvR 83.2(f).